RALPH DEMAS, as Administrator, etc., of CLARENCE DEMAS, Deceased, Respondent, v. JOHN WISNIES, Appellant.*— Judgment and order affirmed, with costs. All concur, except Taylor and Crosby, JJ., who dissent and vote for reversal on the law and for dismissal of the complaint. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

ZALLIE N. BOOTH, Respondent, v. ERIE RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

CHARLES BIRD, Appellant, v. MORRIS ARMON and Others, Respondents.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

GEORGE V. WEBSTER, Respondent, v. NORMAN C. HAWES, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ.

SIDNEY K. JOHNSON, Appellant, v. THOMAS BREEN COMPANY, Appellant, Impleaded with NATIONAL SURETY COMPANY, Respondent, and STATE OF NEW YORK and Others, Defendants.— Motion granted and appeal taken by plaintiff dismissed as to the defendants J. L. Mott Company, Incorporated, Grimes Brothers Carting Company, Charles Millar & Son Company, Rumsey Pump Company, Limited, and Reading Steel Casting Company, Incorporated. Present — Sears, P. J., Crouch, Taylor, Edgcomb and Crosby, JJ. [See 143 Misc. 908.]

In the Matter of the Estate of LYDIA A. SLEEPER, Deceased.— Decree modified on the law and facts so as to provide that the claim of the daughter be wholly disallowed, on the ground that there is nothing to take this case out of the general rule that this was a gratuitous service, and as so modified affirmed, without costs of this appeal to either party. All concur. Present — Sears, P. J., Crouch, Taylor, Thompson and Crosby, JJ.

MICHAEL McCORMICK, Appellant, v. FRANK ORLOWSKI, Respondent.— Order of Special Term and of Buffalo City Court reversed, with ten dollars costs and disbursements in this court and also at Special Term, and motion denied, with ten dollars costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ST. REGIS PAPER COMPANY, Respondent, v. HARRISVILLE FILE FOLDER CORPORATION, Appellant, and PHILIP L. HANO, Defendant.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.

ST. REGIS PAPER COMPANY, Respondent, v. HARRISVILLE FILE FOLDER CORPORATION and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Sears, P. J., Taylor, Thompson and Crosby, JJ.